**Order entered December 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00193-CR

## JAMES SHELLY TAYLOR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F1830705**

### ORDER

The Court **REINSTATES** the appeal.

On November 3, 2022, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the trial court's findings that: Appellant desires to prosecute the appeal and has not abandoned the appeal; appellant is indigent; Counsel's explanation for the delay in filing appellant's brief is personal issues; and (4) counsel indicated she would tender the brief within the next fourteen days after the December 1, 2022 hearing in the trial court.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE